# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: DANA PADDOCK            §     Case No. 12-83267
                               §
                               §
         Debtors               §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/24/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/08/2012.

5) The case was dismissed on 12/14/2012.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,900.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTY BERNARD NATALE | Lgl | 3,500.00 | 3,500.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Sec | 19,905.00 | 11,321.40 | 11,321.40 | 0.00 | 0.00 |
| JOHN PADDOCK | Pri | 1,350.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,079.85 | 3,695.67 | 3,695.67 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 14,090.66 | 14,090.66 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 4,245.63 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 92.58 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,495.26 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,659.98 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,324.35 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE REC MGT | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS, INC. | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 2,027.84 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1,658.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 550.00 | 268.40 | 268.40 | 0.00 | 0.00 |
| CONVERGENT HEATHLCARE | Uns | 768.26 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION | Uns | 189.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 242.25 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SERVICE | Uns | 354.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 205.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,143.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 428.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 351.00 | NA | NA | 0.00 | 0.00 |
| DIRECT LOANS | Uns | 124,461.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SERVICES | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRST ASST OF NORTHERN IL INC | Uns | 31.50 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 440.00 | 440.47 | 440.47 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 1,227.00 | 1,636.00 | 1,636.00 | 0.00 | 0.00 |
| JACK W. LENOX MD | Uns | 200.30 | NA | NA | 0.00 | 0.00 |
| KP COUNSELING | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| LAKOTA CAHS | Uns | 712.50 | 712.50 | 712.50 | 0.00 | 0.00 |
| MONCO LAW OFFICES | Uns | 759.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 1,226.50 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 332.60 | NA | NA | 0.00 | 0.00 |
| NEW MEXICO STUDENT LOAN | Uns | 8,500.00 | 28,583.55 | 28,583.55 | 0.00 | 0.00 |
| NM ED ASST | Uns | 6,192.00 | NA | NA | 0.00 | 0.00 |
| NM ED ASST | Uns | 2,261.00 | NA | NA | 0.00 | 0.00 |
| OSF STAINT ANTHONY MEDICAL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 594.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Uns | 5,768.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 48.00 | 48.86 | 48.86 | 0.00 | 0.00 |
| ROCK RIVER FAMILY PSYCHIATRIC | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 47.40 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,033.40 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 40,420.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 113.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ROCKFORD PUBLIC SCHOOLS | Uns | 272.99 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 46.90 | NA | NA | 0.00 | 0.00 |
| ST. ANTHONY CENTER FOR HOME | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 336.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTIONS | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 133.00 | 133.64 | 133.64 | 0.00 | 0.00 |
| WEST BAY ACQUISITIONS LLC | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EDDIE BAUER | Uns | 976.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY SCHOOLS | Uns | 27,593.00 | 38,852.02 | 38,852.02 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 2,661.08 | 2,661.08 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Uns | 0.00 | 229.97 | 229.97 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 0.00 | 248.61 | 248.61 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 0.00 | 2,141.58 | 2,141.58 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,321.40 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,321.40 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,695.67 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,695.67 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 90,047.34 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/23/2013      By: /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)